Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224)
Email address: wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants
Wyeth Inc. (n/k/a Wyeth LLC);
Wyeth Pharmaceuticals; and Pfizer Inc.

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| SANDY LARSEN-LANSFORD, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WYETH INC., et al.<br><br>　　　　Defendants. | Case No. 1:04-cv-06345-OWW-DLB<br><br>**ORDER GRANTING DEFENDANTS STIPULATION REGARDING CLOSED DOCKET** |

**THE COURT HAVING READ AND CONSIDERED THE STIPULATION OF DEFENDANTS:**

**IT IS HEREBY ORDERED** that:

1. The filings in Docket Nos. 13-16 are a nullity and should be stricken from the docket; and

2. The docket in this case should remain closed unless and until the United States Judicial Panel on Multidistrict Litigation remands this case from the MDL.

IT IS SO ORDERED.

Dated:  **June 28, 2011**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE